**Rottenberg Lipman Rich, P.C.**
The Helmsley Building
230 Park Avenue
Eighteenth Floor
New York, New York 10169
Telephone (212) 661-3080
Telecopier (212) 867-1914

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 Pehle Avenue, Suite 601
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

WWW.RLRPCLAW.COM

Stacy L. Ceslowitz
Member
sceslowitz@rlrpclaw.com

March 7, 2024

**VIA EMAIL & ECF: (Failla_NYSDChambers@nysd.uscourts.gov)**

U.S.D.J. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: <u>Bradley Haller v. Sulman Usman, et al.</u>
Docket No.: 1:24-CV-00977 (KPF)

Dear Judge Failla:

We represent defendants Sulman Usman, Jamison Hinder and Adaptive Green, Inc., in the referenced matter. Jill Horton-Miller, Esq. of Pearce Law, LLC, represents plaintiff Bradley Haller. I write to request an adjournment of the pre-motion conference scheduled for April 4, 2024 at 2:30 p.m. I am requesting an adjournment because I have a college tour scheduled for my daughter that day. This is my first request for an adjournment of the conference and Ms. Horton-Miller has consented to my request. If the Court has availability, counsel for both parties are available to appear (telephonically) for a pre-motion conference on April 8, 9, 11, 18 or 19, 2024.

Thank you for your courtesies.

Respectfully,

Stacy L. Ceslowitz

cc: Jill Horton-Miller, Esq. (via email & ECF)

In response to Defendants' request, the Court hereby ADJOURNS the pre-motion conference scheduled for April 4, 2024 to **April 9, 2024, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 17.

Dated:   March 8, 2024          SO ORDERED.
         New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE