# PEARCE LAW, L.L.C.
*ATTORNEYS AT LAW*
***400 Rella Blvd, Suite 165, PMB 99***
***Suffern, NY 10901***
***Telephone: 1 (888) 411-8678***
***www.pearcelaw1.com***

**MEMBER**
Randy T. Pearce#

**ASSOCIATES**
Jill Marie Horton-Miller*
William R. Fenwick#

**OF COUNSEL**
Lisa DeMarco*
Christopher O. Eriksen#
Michael Phillips+*

**New Jersey Office**
Court Plaza North
25 Main Street, Suite 602
Hackensack, NJ  07601-7083
Telephone: (201) 342-3400
Facsimile: (201) 342-0612

#Solely admitted in New Jersey
*Also admitted in New Jersey
+*Solely admitted in New Jersey and Nevada

**PLEASE RESPOND TO OUR
NEW JERSEY OFFICE**

March 13, 2025

**VIA EMAIL & ECF:**
**(Failla_NYSDChambers@nysd.uscourts.gov)**
U.S.D.J. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re:   **Bradley Haller v. Sulman Usman, et al.**
      **Docket No.: 1:24-CV-00977 (KPF)**

Dear Judge Failla:

We represent the Plaintiff in the above noted matter and submit this request as a letter motion pursuant to your individual rules for an extension of time to file the proposed Case Management Order as direct in Your Honor's opinion [ECF 29] on the Motion to Dismiss the Plaintiff's Amended [ECF 22].

The original due date for the proposed Case Management Order is March 14, 2025 and we request an extension for seven (7) days to March 21, 2025. This is our first request for an extension with respect to this deadline. We make this request in the interest of our client as well as judicial economy as we are attempting to reach a meeting of the minds regarding settlement. Stacy L. Ceslowitz, attorney for the Defendants has consented to our request. The request does not affect any other scheduled dates and no adjournment of a court appearance is requested.

We look forward to hearing from you.

Respectfully Submitted
**Pearce Law, LLC**

Jill Horton-Miller

cc:  Stacy L. Ceslowitz

Application GRANTED. The deadline to file a proposed case management plan is hereby ADJOURNED to on or before **March 21, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated:    March 14, 2025          SO ORDERED.
          New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE